UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60701-CIV-COHN/SNOW

AZUCENA MENDEZ, as Personal
Representative of the Estate of
OSLY YOBANY MENDEZ,

      Plaintiff,

vs.

CSX TRANSPORTATION, INC.
and NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

      Defendants,
_____/

PETITION FOR APPROVAL OF SETTLEMENT
INVOLVING A MINOR'S CLAIM

      Plaintiff, Azucena Mendez, as Personal Representative of the Estate of Osly Yobany Mendez, files this her Petition to Approve the Settlement of this matter which incorporates a minor's claim and states the following:

      1. This action was filed and is presently pending in this Court arising out of the death of Osly Yobany Mendez due to the negligence of the Defendants.

      2. On or about March 2, 2005, in Broward County, Florida a train that was owned, operated and maintained by Amtrak was northbound on CSX's railway and collided with Osly Mendez's vehicle as he was proceeding across the railroad tracks. The guard arms and gates did not activate, the signalization to warn of an oncoming train did not activate, the synchronization for lights, bells and whistles to alert the vehicular traffic of an oncoming train did not activate all



because a CSX engine had fouled the circuit interfering with an Amtrak train heading northbound at this intersection from triggering the signalization to prevent vehicular traffic from crossing in the path of the train. As a result, the Amtrak train traveling at approximately 70 mph collided with vehicles in the crossway ultimately striking or causing to be struck the vehicle Osly Yobany Mendez was traveling in and which he was killed from the impact.

3. The decedent left a surviving wife; and son (ten (10) years old) residing here in Broward County, Florida; a daughter (eighteen (18) years of age) in Honduras and a mother age fifty-nine (59) at the time of the accident, who he was providing support to living in Honduras also.

4. After extensive investigation concerning the facts and circumstances surrounding the accident culminating in a Stipulation between the parties wherein CSX Railway and Amtrak admitted liability; and after extensive discovery with respect to the damages sustained by the Estate and the statutory survivors taking under the Estate a settlement has been reached between the parties. The Defendants will pay to the Plaintiff the total sum of $3,650,000.00 representing a full and complete settlement of all claims that were brought or could be brought by the Estate in this matter.

5. A substantial portion of the proceeds due the Estate, shall in all likelihood, be structured for the benefit of the minor son and all distributions for his benefit shall be paid into a Guardianship account under State Court supervision. The surviving mother of the decedent shall be receiving the full economic damages reduced to present value as projected and determined by

Plaintiff's economist from the net proceeds of settlement. The daughter in Honduras will also receive the full projected loss of support from her father that she had been receiving together with a sum that she has agreed to accept for her non-economic loss recognizing that she had not seen her father for over fourteen (14) years after he left Honduras to come to the United States for a better opportunity.

6. The majority and balance of all net proceeds shall be for the benefit of the surviving widow, Azucena Mendez, and the decedent's son, Osly Mendez, Jr., age ten (10) for their pain, suffering, loss of support, guidance, past and future economic losses.

7. A separate Motion requesting this Court to appoint a Guardian Ad Litem for purposes of reviewing the terms and conditions of the settlement in order to determine whether or not same is in the best interest of the minor shall be made.

8. Azucena Mendez, as Personal Representative of the Estate of Osly Mendez, retained the services of Jay Cohen, Esquire, of Grossman and Roth, P.A. and entered into a retainer agreement with said law firm, wherein Grossman and Roth, P.A. agreed to represent the Plaintiff, who hereby approves that from the proceeds of the foregoing settlement attorneys fees and costs be paid.

9. In consideration of this settlement, the Estate will fully release the Defendants and the parties have agreed to execute any and all documents necessary to further accomplish the goals of this settlement including a dismissal with prejudice of this matter.

10. Plaintiff, Azucena Mendez, as Personal Representative of the Estate of Osly Yobany Mendez, respectfully requests this Court to approve this settlement under all of its terms. The Plaintiff further request any other relief to which she would be entitled.

I HEREBY CERTIFY that a true and correct copy of the foregoing was telefaxed and mailed this 22 day of February, 2006 to Daniel J. Fleming, Esquire, Melkus, Fleming & Guiterrez, 800 West DeLeon Street, Tampa, FL 33606.

GROSSMAN AND ROTH, P.A.
Attorneys for Plaintiff
Las Olas Centre II, Suite 1120
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Telephone: (954)767-8200

BY: _____
JAY COHEN
FBN: 292192