UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60701-CIV-COHN

AZUCENA MENDEZ, as Personal Representative
of The Estate of OSLY YOBANY MENDEZ,

Magistrate Judge Snow

   Plaintiff,

vs.

CSX TRANSPORTATION, INC. and NATIONAL
RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,

   Defendants.
_____/



FILED by _____ D.C.

MAR 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER GRANTING PETITION FOR COMPROMISE OF MINOR'S CLAIM DISCHARGE OF GUARDIAN AD LITEM

THIS CAUSE is before the Court upon the Plaintiff's Petition for Approval of Settlement Involving a Minor's Claim [DE 36] and the Report of Guardian Ad Litem [DE 38]. The Court has carefully considered the petition, and is otherwise fully advised in the premises.

This Court has reviewed the settlement described in the petition and the Guardian's Report. The Court is satisfied that the settlement is in the best interests of the Plaintiff, a minor child.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The settlement described in the Report, between Defendants and Osly Yobany Mendez, a minor, by and through his personal representative, Azucena Mendez, is hereby approved by this Court as being fair, reasonable, and in the best interests of Osly Yobany Mendez.

2. The Guardian ad Litem, Thomas Buser, Esq., having faithfully carried out his duties as requested by this Court, is hereby discharged as Guardian ad Litem of

Plaintiff, Osly Yobany Mendez, a minor child, in this case;

3. Plaintiff's Petition for Approval of Settlement Involving a Minor's Claim [DE 36] is hereby **GRANTED**. Counsel for the parties shall submit a proposed order dismissing this action with prejudice, and any other agreed upon language not otherwise included in this order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of March, 2006.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies furnished to:

Jay Roth, Esq.
Jose Gutierrez, Esq.
Daniel Fleming, Esq.
Thomas Buser, Esq.

2